1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12    **DAVID GRAY,**                          Case No. 2:24-cv-2401 DJC CSK P

                                        Plaintiff,    ~~[PROPOSED]~~ ORDER
13

14              **v.**

15    **LUPE ALVAREZ (F.M.), et al.,**

16                                        Defendants.

17

18        On March 20, 2025, defendants M. Muslim, G. Alvarez, and S. McCambridge were

19    directed to file declarations within seven days.  (ECF No. 11.)  On March 26, 2025, defendants G.

20    Albarez and S. McCambridge filed declarations.  (ECF Nos. 13, 13-1.)  Defendant M. Muslim

21    filed his first motion for administrative relief re: request for an extension of time based on defense

22    counsel's inability to reach defendant M. Muslim within the seven day deadline, and seeks an

23    extension of time until April 6, 2025, in which to file his declaration.  (ECF No. 12 (citing L.R.

24    233).)  Good cause appearing, IT IS HEREBY ORDERED that defendant M. Muslim's motion

25    ///

26    ///

27    ///

28    ///

1    (ECF No. 12) is granted.  Defendant M. Muslim shall file his declaration on or before April 6,

2    2025.

3

4    Dated:  March 31, 2025

5    _____

6    CHI SOO KIM
     UNITED STATES MAGISTRATE JUDGE

7

8    /1/gray2401.eot

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28